**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

John R. Smith

                              Plaintiff,

v.                                                    Case No.: 1:25−cv−14631
                                                      Honorable Matthew F. Kennelly

Rohr−Gurnee Motors, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff John Smith has filed a pro se lawsuit against an Illinois−based automobile dealer and several of its employees. He alleges that he was defrauded in connection with the purchase of a vehicle from the dealership. Mr. Smith has not paid the filing fee and has not filed a motion to proceed in forma pauperis (that is without prepaying the fee). But regardless of this it is clear that subject matter jurisdiction is lacking in this case. The Court therefore addresses that point up front. Mr. Smith claims jurisdiction based on diversity of citizenship (Complaint par. 12); there is no other plausible basis for federal court jurisdiction over his claims. But both Mr. Smith and at least one (and probably several) of the defendants are Illinois citizens (Complaint pars. 1 & 3). Diversity jurisdiction requires complete diversity; all plaintiffs must be citizens of different states from all defendants. Here that is not the case. Mr. Smith's claims may be asserted in state court but not in federal court. The Court at its own instance therefore dismisses the case for lack of subject matter jurisdiction. The Clerk is directed to enter judgment stating: This case is dismissed for lack of subject matter jurisdiction. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.